IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:20-CR-00031-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JONATHAN PAK,

     Defendant.

ORDER

This matter comes before the court on the Defendant's Motion to Seal [DE 57]. Pursuant to Local Criminal Rule 55.2(a) and based on the information set forth in DE 56, the Defendant's motion is GRANTED. The Clerk of the Court is directed to maintain the document at DE 56 under seal until further order of the court.

SO ORDERED this _23ᵈ_ day of September, 2021.


Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE